UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 13-cr-10347-FDS |
| | ) | |
| JOHN DOE, | ) | |
| A/K/A NELSON SANTOS RAMOS | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties hereby file the following initial status report prepared in connection with the Initial Status Conference scheduled for February 25, 2014:

**(1)     Automatic Discovery/Pending Discovery Requests**

The Government has provided automatic discovery in this case.

**(2)     Additional Discovery**

The Government does not anticipate providing any additional discovery with respect to the charged offenses. The Defendant reserves the right to file a discovery motion.

**(3)     Timing of Additional Discovery Requests**

The Defendant is reviewing the discovery provided by the Government. At this time, the parties do not anticipate the need for further discovery to be produced but the Defendant reserves the right to file an additional discovery request by March 4, 2014, with the Government's response due on March 18, 2014.

**(4)     Protective Orders**

It does not presently appear that any protective orders are anticipated by the parties. Should that change, the parties will address those issues promptly.

### (5) Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

### (6) Expert Discovery

The Government agrees to provide any expert witness disclosures 30 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

### (7) Speedy Trial Act

The parties have conferred and ask that the Court exclude the period of time from the initial status conference scheduled for February 25, 2014 to the next scheduled status conference as set by the Court from all Speedy Trial Act calculations.

### (8) Interim Status Conference

The parties respectfully request that the Court schedule an Interim Status Conference to occur on or after March 25, 2014, or as soon thereafter as is convenient for the Court and ask that the time between the Initial Status Conference and the Interim Status Conference be excluded from all Speedy Trial calculations.

                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          United States Attorney

/s/Ernest Solomon                 By:    /s/ Carlos A. López
ERNEST SOLOMON                      CARLOS A. LÓPEZ
Attorney for John Doe                 Assistant U.S. Attorney
A/K/A Nelson Santos Ramos,
A/K/A Hermer Maldonado

Dated:  February 21, 2014

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                              /s/ Carlos A. López
                                              CARLOS A. LÓPEZ
                                              Assistant U.S. Attorney

Dated:  February 21, 2014