# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 13-cr-10347-FDS |
| | ) | |
| JOHN DOE, | ) | |
| A/K/A NELSON SANTOS RAMOS, | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the parties hereby file the following final status report prepared in connection with the Final Status Conference scheduled for May 8, 2014:

**(1) Fed. R. Crim. P. 11 Hearing Request**

At this time, the parties are not requesting a Fed. R. Crim. P. 11 Hearing. Defense counsel will make a final determination on a Fed. R. Crim. P. 11 Hearing request at the initial Pre-Trial Status Conference.

**(2) Pre-Trial Status Conference before District Court Judge**

At this time, the parties do move for a Pre-Trial Status Conference before the District Judge.

**(2)(A) Production of Discovery**

Automatic discovery has been completed.

**(2)(B) Outstanding Additional Discovery Requests**

There are no outstanding additional discovery requests.

**(2)(C) Fed. R. Crim. P. 12(b)**

At this time, the Defendant has not filed a Fed. R. Crim. P. 12(b) motion. Defense counsel, however, will make a final determination on whether the Defendant will file a Fed. R. Crim. P. 12(b) motion to suppress and/or to dismiss the indictment at the Pre-Trial Status Conference.

**(2)(D) Speedy Trial Act**

The parties have conferred and ask that the Court exclude the period of time from the Interim Status Conference, in this matter, held on April 10, 2014 through and including the date of the scheduled Final Status Conference on May 8, 2014 from all Speedy Trial Act calculations.

**(2)(E) Estimated Number of Trial Days**

If the case proceeded to trial, the parties anticipate the trial would last 4 days.

**(3) Other Matters Specific to this Case**

There are no matters specific to this case that would assist the District Court Judge upon transfer of the case from the Magistrate Judge.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

*/s/Ernest Solomon*　　　　　　　　　　By:　*/s/ Carlos A. López*
ERNEST SOLOMON　　　　　　　　　　　　CARLOS A. LÓPEZ
Attorney for John Doe　　　　　　　　　　Assistant U.S. Attorney
A/K/A Nelson Santos Ramos,
A/K/A Hermer Maldonado

Dated: May 6, 2014

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

>*/s/ Carlos A. López*
>CARLOS A. LÓPEZ
>Assistant U.S. Attorney

Dated: May 6, 2014